UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

NELSON S. LI,                                    Docket No.: 19-cv-11760

                        Plaintiff,

        -against-                        **NOTICE OF APPEARANCE**

FAST RETAILING USA, INC., HELMUT LANG
NEW YORK, LLC and THEORY LLC,

                    Defendants.

-------------------------------------------------------------------X


       To the Clerk of this Court and all Parties of Record:

       Please enter my appearance as counsel in this case for the Plaintiff.

       I certify that I am admitted to practice in this Court.


 Dated:  New York, NY
       December 24, 2019

                       THE DWECK LAW FIRM LLP

                       *s/ HP Sean Dweck*_____
                       By:  H.P. Sean Dweck
                       *Attorneys for Plaintiff*
                       10 Rockefeller Plaza
                       New York, New York 10020
                       (212) 687-8200
                       hpsdweck@dwecklaw.com